UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 4:25-CR-2-CDL |
| | : | |
| v. | : | |
| | : | |
| ZYRION FRYER (001) | : | |
| JARECO GREEN (002) | : | |
| DARIUS MCCALL (003) | : | |
| SHAMONICA DAVIS (004) | : | |
| | : | |
| **Defendants** | : | |
| | : | |

### ORDER

Defendants were indicted on January 14, 2025, and were arraigned on February 6, 2025. Docs. 1, 27. A pretrial conference is currently scheduled for March 13, 2025. Doc. 57. Defendants have made an unopposed motion to continue the pretrial conference and trial in this matter to a later date. Doc. 59. Specifically, Defendants state they are desirous of additional time to review discovery and explore a potential resolution in this matter with the Government. The Court has confirmed that all Defendants join in this motion.

IT IS HEREBY ORDERED that the above-referenced matter be continued to the Court's next regularly scheduled trial term in **September of 2025**, and that the Speedy Trial deadline in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time. The Court finds that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the Defendants in a speedy trial, as the failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendants and Government the reasonable time necessary for effective

preparation. 18 U.S.C. §§ 3161(7)(A)-(B). The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED, this 3rd day of March, 2025.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA